UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
OCT 3 0 2007
OCT. 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to by Local Rules 83.12 through 83.14.

07CV6137
JUDGE CONLON
MAG. JUDGE NOLAN

In the Matter of

ESMART GROUP PTY LIMITED and THE FIRE COMPANY PTY LIMITED, Plaintiffs,

v.

INNOVATIONS M2, LLC and BRAD BLAYLOCK,

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Esmart Group Pty Limited

The Fire Company Pty Limited

| SIGNATURE | *(signature)* |
|---|---|
| FIRM | Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS | 222 North LaSalle Street, Suite 2400 |
| CITY/STATE/ZIP | Chicago, Illinois 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203991 | TELEPHONE NUMBER (312) 609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ |