MAO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ESMART GROUP PTY LIMITED; and THE FIRE
COMPANY PTY LIMITED

v.

INNOVATIONS M2, LLC; and BRAD BLAYLOCK

CASE 07CV6137
ASSIGNED JUDGE: JUDGE CONLON
DESIGNATED MAG. JUDGE NOLAN

TO: (Name and address of Defendant)
Brad Blaylock
Unit 8
7 Darley Street
Mona Vale NSW 2103
Australia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS

Angelo J. Bufalino
Michael J. Turgeon
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_DAVID JOZWIAK_
(By) DEPUTY CLERK

DATE: OCT 30 2007

CHICAGO/#1708770.1

PHILIP KINGSLEY COSTER
PUBLIC NOTARY
SYDNEY, AUSTRALIA
19th November 2007

| RETURN OF SERVICE | |
|---|---|
| Service of this Summons and complaint was made by me(1) | DATE<br>8 NOVEMBER 2007 |
| NAME OF SERVER (PRINT)<br>FRANK HOARE | TITLE<br>LICENSED PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: UNIT 8/7 DARLEY STREET, MONA VALE NSW AUSTRALIA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATE OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 19th November 2007

*Signature of Server*

Address of Server: 5/599 MILITARY ROAD, MOSMAN NSW AUSTRALIA 2088

I hereby certify the signature on this document and the preceding and succeeding pages sealed by me to be that of FRANK HOARE whom I today identified and who signed those documents in my presence today.

19th November 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PHILIP KINGSLEY COSTER
PUBLIC NOTARY
SYDNEY, AUSTRALIA

CHICAGO/#1708770.1

