MAO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ESMART GROUP PTY LIMITED; and THE FIRE COMPANY PTY LIMITED

v.

INNOVATIONS M2, LLC; and BRAD BLAYLOCK

CASE NUMBER: 07CV6137

ASSIGNED JUDGE: JUDGE CONLON

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE NOLAN

TO: (Name and address of Defendant)

Innovations M2, LLC
4632 North 40th Street
Phoenix, Arizona 85018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS

Angelo J. Bufalino
Michael J. Turgeon
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

DATE: OCT 30 2007

CHICAGO/#1708770.1

## AFFIDAVIT OF SERVICE

State of Illinois    County of Northern District of Illinois    District Court

Case Number: 07CV6137

Plaintiff:
ESMART GROUP PTY LIMITED, and THE FIRE COMPANY PTY LIMITED,

vs.

Defendant:
INNOVATIONS M2, LLC, and BRAD BLAYLOCK,

For:
Angelo J. Bufalino
Vedder, Price, Kaufman & Kammholz, P.C.
222 North Lasalle Street
Chicago, IL 60601

Received by Titan Legal Support on the 6th day of November, 2007 at 11:00 am to be served on Innovations M2, LLC.

I, Susan Speak, ACPS, being duly sworn, depose and say that on the 4th day of December, 2007 at 5:18 pm, I:

served true copies of a Summons, Complaint and Notification of Docket Entry on Innovations M2, LLC by service upon Mike Grout who is Statutory Agent at 4632 North 40th Street, Phoenix, AZ 85018;

I am an Arizona Certified Process Server, fully qualified under A.R.C.P., 4(d) and Rule 45 to serve process in this action. I have read the forgoing document and state under penalty of perjury that the facts herein are true and correct.

the 6th day of December, 2007, HAVING FIRST PROVIDED PROPER IDENTIFICATION, SUBSCRIBED TO AND SWORN TO BEFORE ME.

NOTARY PUBLIC
IN AND FOR THE STATE OF
ARIZONA

Susan Speak, ACPS
Maricopa County License #5268

Titan Legal Support
6539 E. Greenway Road
Suite # 102-406
Scottsdale, AZ 85254
(602) 413-8614
Our Job Serial Number: 2007001794
Ref: Esmart Group vs. Innovatins M2, LLC

Francis J. Brickman III
Notary Public - Arizona
Maricopa County
My Commission Expires
February 14, 2011