IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESMART GROUP PTY LIMITED, and THE FIRE COMPANY PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>INNOVATIONS M2, LLC, and BRAD BLAYLOCK,<br><br>Defendant. | Court File No.: 07-CV-06137<br><br>Judge Suzanne B. Conlon<br><br>Magistrate Judge Nolan |

## NOTIFICATION OF AFFILIATES
## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiffs, Esmart Group Pty Limited ("Esmart") and The Fire Company Pty Limited ("Fire Co."), state that: (1) Esmart is an Australian private company, it has no parent company or corporation and no publicly-held company owns 10% or more of Esmart's ownership interests; and (2) Fire Co. is an Australian private company, Esmart is its only parent company and no publicly-held company owns 10% or more of Fire Co.'s ownership interests.

Respectfully submitted,

ESMART GROUP PTY LIMITED
THE FIRE COMPANY PTY LIMITED


By: s/ Michael J. Turgeon
　　　One of Their Attorneys

CHICAGO/#1723846.1 12/7/07

- 2 -

Angelo J. Bufalino, Esq.
Robert S. Rigg, Esq.
Michael J. Turgeon, Esq.
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Telephone: 312/609-7500
Facsimile: 312/609-5005

Dated: December 7, 2007

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2 with the Clerk of the Court using the CM/ECF system, and will send notification of such filing to the following via Federal Express:

    Gary Rogers, Solicitor
    Blueprint Law
    Suite 602
    Level 6
    Westfield Towers
    100 William Street
    Sydney, New South Wales 2011
    AUSTRALIA

                                                _s/ Michael J. Turgeon_