## United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6137 | **DATE** | 12/6/2007 |
| **CASE TITLE** | ESMART GROUP PTY LIMITED ET AL vs. INNOVATIONS M2, LLC ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's failure to appear is noted. Status hearing continued to January 9, 2008 @ 9:00 a.m. Joint proposed discovery schedule shall be submitted to chambers by January 7, 2008. Parties shall comply with FRCP 26(a)(1) by January 10, 2008; Plaintiff's compliance with FRCP 26(a)(2) by August 9, 2008; Defendant's compliance with FRCP 26(a)(2) by September 9, 2008; Discovery cutoff and filing of dispositive motions with supporting memoranda by October 9, 2008. Joint pretrial order and agreed jury instructions submission set on October 21, 2008, @ 9:00. Plaintiff's draft pretrial order to be submitted to defendants by October 14, 2007. Case is placed on the November trial calendar. These are firm dates.

*Suzanne B. Conlon*

00:5

| | Courtroom Deputy Initials: | WH |
|---|---|---|