# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6137 | **DATE** | 1/9/2008 |
| **CASE TITLE** | ESMART GROUP, ET AL vs. INNOVATIONS M2, LLC, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendants Innovations M2, LLC and Brad Baylock's failure to appear is noted. Defendants are in technical default and discovery schedule is moot.

*[Signed] Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|