IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ESMART GROUP PTY LIMITED, and
THE FIRE COMPANY PTY LIMITED,

Plaintiffs,

v.

INNOVATIONS M2, LLC, and
BRAD BLAYLOCK,

Defendants.

Court File No.: 07-CV-06137

Judge Suzanne B. Conlon

Magistrate Judge Nolan

**NOTICE OF MOTION**

To: Gary Rogers
Blueprint Law
Suite 602, Level 6
Westfield Towers
100 William Street
Sydney NSW 2011
AUSTRALIA
*Counsel for Brad Blaylock*

Mr. Michael Grout
Innovations M2, LLC
4632 North 40th Street
Phoenix, Arizona 85018

On February 12, 2008, at 9:00am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Suzanne B. Conlon or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1743, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **MOTION FOR ENTRY OF DEFAULT ORDER AND JUDGMENT AGAINST DEFENDANT, INNOVATIONS M2, LLC**, a true and correct copy of which is herewith served upon you.

ESMART GROUP PTY LIMITED, and
THE FIRE COMPANY PTY LIMITED

By: s/Michael J. Turgeon
One of Their Attorneys

Angelo J. Bufalino
Robert S. Rigg
Michael J. Turgeon
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
E-Mail: mturgeon@vedderprice.com
Dated: February 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, I electronically filed the foregoing **MOTION FOR ENTRY OF DEFAULT ORDER AND JUDGMENT AGAINST DEFENDANT, INNOVATIONS M2, LLC** with the Clerk of the Court using the CM/ECF system and served a copy of such document by overnight courier on Gary Rogers and Michael Grout at the addresses identified above.

Respectfully submitted,

By: s/Michael J. Turgeon

Angelo J. Bufalino
Robert S. Rigg
Michael J. Turgeon
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
E-Mail: mturgeon@vedderprice.com
Dated: February 5, 2008