IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESMART GROUP PTY LIMITED, and THE FIRE COMPANY PTY LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIONS M2, LLC, and BRAD BLAYLOCK, <br><br> Defendants. | Court File No.: 07-CV-06137 <br><br> Judge Suzanne B. Conlon <br><br> Magistrate Judge Nolan |

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiffs, Esmart Group Pty Limited and The Fire Company Pty Limited, by and through their attorneys, hereby withdraw their Motion for Entry of Default Order and Judgment Against Defendant, Innovations M2, LLC (the "Motion") [Docket No. 14], without prejudice. On February 6, 2008, Plaintiffs were notified by Defendant's counsel that on February 1, 2008, Defendant filed its voluntary petition for relief with the United States Bankruptcy Court for the District of Arizona under Chapter 7 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), Case No. 08-00969. Pursuant to § 362 of the Bankruptcy Code, 11 U.S.C. § 362, upon the filing of a bankruptcy petition, an automatic stay operates to stay the commencement or continuation of certain actions against a debtor. In order to avoid a violation of the automatic stay in effect upon Defendant's filing of its Chapter 7 petition, Plaintiffs respectfully withdraw the Motion.

1

DATED: February 14, 2008

Respectfully submitted,

**Esmart Group Pty Limited**

**The Fire Company Pty Limited**

   s/ Michael J. Turgeon
By: One of their Attorneys

Angelo J. Eufalino, Esq.
Michael J. Turgeon, Esq.
Robert S. Rigg, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle St., Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500 – Tel
(312) 609-5005 – Fax
Email: mturgeon@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, the foregoing **NOTICE OF WITHDRAWAL OF MOTION** was forwarded by electronic mail to the following:

>Donald L. Gaffney, Esq.
>Snell & Wilmer, LLP
>One Arizona Center
>400 East Van Buren
>Phoenix, Arizona 85004
>*dgaffney@swlaw.com*
>
>Michael T. O'Connor, Esq.
>Fuchs & Roselli, Ltd.
>440 West Randolph Street
>Suite 500
>Chicago, Illinois 60606
>*moconnor@frltd.com*
>
>Gary Rogers, Esq.
>Blueprint Law
>Suite 602, Level 6
>Westfield Towers
>100 William Street
>Sydney NSW 2011
>*gr@blueprint.com.au*

*/s/ [signature]*