## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6137 | **DATE** | 2/12/08 |
| **CASE TITLE** | ESMART GROUP PTY LIMITED, ET AL vs. INNOVATIONS M2, LLC, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for entry of a default judgment order against defendant Innovations M2, LLC [14] is denied. A technical default is entered against Innovations M2, LLC, for failure to appear or respond to the complaint.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|