**RECEIVED**

FEB 2 6 2008

JUDGE SUZANNE B. CONLON
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESMART GROUP PTY LIMITED, and THE FIRE COMPANY PTY LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIONS M2, LLC, and BRAD BLAYLOCK, <br><br> Defendants. | Court File No.: 07-CV-06137 <br><br> Judge Suzanne B. Conlon <br><br> Magistrate Judge Nolan |

## FINAL JUDGMENT AND PERMANENT INJUNCTION BY CONSENT

Plaintiffs, Esmart Group Pty Limited ("Esmart") and The Fire Company Pty Limited ("Fire Company") (collectively, the "Plaintiffs"), and Defendant, Brad Blaylock (the "Defendant"), having executed a Settlement Agreement with an Effective Date of February 8, 2008 in settlement of this action and having consented to the entry of this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the Defendant and the subject matter of this action and venue is proper.

2. Esmart is the owner of all rights, title and interest in, to and under U.S. Patent No. 7,287,979 ("the '979 patent"), including the right to sue for infringement and recover damages resulting therefrom and Fire Company is the operating company for Esmart.

3. Defendant acknowledges and agrees that the '979 patent is valid, enforceable, and infringed by the manufacture, use, sale, offer for sale and/or importing into the United States of

/s/ Michael J. Turgeon
One of the Attorneys for Plaintiffs
ESMART GROUP PTY LIMITED and
THE FIRE COMPANY PTY LIMITED

BRAD BLAYLOCK, Defendant

Angelo J. Bufalino, Esq.
Robert S. Rigg, Esq.
Michael J. Turgeon, Esq.
Vedder Price, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005